# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Lauren Corrigan, | Case No. 0:21-cv-02065-KMM-HB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Sun Life Assurance Company of Canada, | |
| Defendant. | |

_____

COME NOW Plaintiff, Lauren Corrigan, by counsel, and Defendant, Sun Life Assurance Company of Canada, by counsel, and stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 25, 2022.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: *Mark E. Schmidtke*
Mark E. Schmidtke, Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Phone: 219-242-8668
Fax: 219-242-8669

Colin H. Hargreaves, MN #0399252
Capella Tower
225 S. 6th St., Suite 1800
Minneapolis, MN 55402

Phone: 612-339-1818
Fax: 612-339-0061
Colin.hargreaves@ogletree.com
*Attorneys for Defendant*


FIELDS LAW FIRM

By: *Zachary Schmoll*
Zachary Schmoll, MN #0396093
9999 Wayzata Blvd.
Minnetonka, MN 55305
Phone: 612-370-1511
zach@fieldslaw.com
*Attorneys for Plaintiff*